**FILED**

June 24, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. MAG. 11-0166-KJN |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER FOR RELEASE OF |
| TIFFANY SOLORIO, | ) | PERSON IN CUSTODY |
| Defendant. | ) | |
| | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release TIFFANY SOLORIO, Case No. MAG. 11-0166-KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___Release on Personal Recognizance

 X   Bail Posted in the Sum of: $50,000.00.

    X   Co-Signed Unsecured Appearance Bond

   ___Secured Appearance Bond

    X   (Other) Conditions as stated on the record.

    X   (Other) The defendant is ordered to appear in the Eastern District of Virginia on 07/01/11

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _06-24-2011_ at _3:00 p. m._

By _____

Edmund F. Brennan
United States Magistrate Judge